UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION | * | CIVIL NO. 15-2606 (RBK)(JS) |
| | * | HON. ROBERT B. KUGLER |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * | HON. JOEL SCHNEIDER |
| | * | |

*******************************************

## CASE MANAGEMENT ORDER NO. 19

THIS MATTER having come before the Court during the case status conference on December 18, 2015, and for good cause shown;

IT IS HEREBY ORDERED, with consent of all Parties:

1. Within seven days of this Order, lead counsel for Plaintiffs will set up an e-mail account which will accept e-mail packages up to 4 MB, to which all Plaintiffs' counsel, but no other persons, will have access, and will provide the e-mail address for that account to counsel for Defendants.

2. Within five days of receipt of the e-mail address provided by Plaintiffs' counsel, Defendants will commence serving all new Defendant Fact Sheet ("DFS") forms and associated productions (as specified in CMO No. 14) to that e-mail address with a copy via e-mail to plaintiffs' counsel of record in the individual case. If the e-mail to plaintiffs' counsel of record bounces back because of the size of the attachments, they shall be noticed, via e-mail, within two business days of the bounced back e-mail, and they should contact Plaintiffs' lead or liaison counsel to arrange to get a copy of the DFS from the e-mail account described in paragraph 1 above. This method shall be

84168859.1
209410/510357

the only required means of service of such DFS forms and productions for all Plaintiffs in this Action as of January 13, 2016.

3. Within fourteen (14) days of receipt of the e-mail address provided by Plaintiffs' counsel, Defendants will re-serve, to that e-mail address, all DFS forms and associated productions previously served upon counsel for individual Plaintiffs.

4. By submitting this joint order and accepting service to the referenced e-mail address, all Plaintiffs' counsel of record agree, on behalf of each of their current and future clients, to waive the provisions of HIPAA and 21 CFR §20.63, which would otherwise require Defendants to redact each Plaintiff's personally identifiable information (including, e.g., the plaintiff's initials and date of birth) before producing a MedWatch form to any Plaintiff's counsel of record other than that individual Plaintiff's counsel of record.

Camden, New Jersey, this 15th day of January, 2016.

_____
Hon. Joel Schneider
United States Magistrate Judge

84168859.1
209410/510357